HARRY A. DURSO, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 41154.) — Appeal

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.